■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ROMO, Appellant. [758 NYS2d 835] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered December 20, 2000, convicting him of burglary in the second degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

On the facts presented, the imposition of consecutive terms of imprisonment was legal (*see* Penal Law § 70.25 [2]; *People v Gardner,* 281 AD2d 558 [2001]; *People v Roman,* 215 AD2d 697, 698 [1995]). Moreover, the sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Ritter, J.P., Smith, Goldstein and H. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODOLFO RUIZ, Appellant. [759 NYS2d 341] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 4, 2002 (*People v Ruiz,* 291 AD2d 418 [2002]), modifying a judgment of the Supreme Court, Queens County, rendered October 15, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Altman, J.P., Feuerstein, H. Miller and Cozier, JJ., concur.